No. 75–6543. WONG v. BOARD OF TRUSTEES, CALIFORNIA STATE UNIVERSITY AND COLLEGES. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. MR. JUSTICE BRENNAN and

MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.